UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

KARL JASMIN,

               Plaintiff(s),          05-cv-01295 (LAK)

  v.

ECHOSTAR SATELLITE CORP.,
et al.,

               Defendant(s).

- - - - - - - - - - - - - - - - - - x

**ORDER**

     By Order dated May 24, 2005, the Court directed the parties to appear for a pretrial conference on July 11, 2005 and that plaintiff's counsel notify the defendants of the date. In addition, plaintiff's counsel was reminded by an email on July 7, 2005 of the upcoming July 11, 2005 conference. Nonetheless, none of the parties appeared on that occasion. It is hereby

     ORDERED that the action is dismissed for lack of prosecution.

DATED: July 12, 2005

                                              Lewis A. Kaplan
                                   United States District Judge